SELF SERVICE SUPER MARKET, INC., Respondent, *v.* BENJAMIN HARRIS, Appellant, and NATHAN TESSLER et al., as Copartners, et al., Undertenants.

Argued January 10, 1952; decided March 13, 1952.

*Karl Propper* for appellant.

*Louis Susman* and *Herbert A. Lane* for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.